# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONOTHAN E. PRATHER,** | : | CIVIL NO. 1:18-CV-973 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ROBERT GILMORE,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 17th day of January, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 3), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 3) pursuant to 28 U.S.C. § 2254 is DENIED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. All pending motions (Docs. 15, 23) are DISMISSED.

4. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania